# United States Bankruptcy Court
## Northern District of Illinois

In re **David Wilson Jones**
**Lori Lee Jones** _____
Debtor(s)

Case No. **19-80879**
Chapter **13**

## AFFIDAVIT REQUESTING CONFIRMATION

The Debtor, **David Wilson Jones**, in the above captioned case being duly sworn upon oath, deposes and states as follows: (Check all applicable statements)

1. ☐ A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C.§101 (14A).

**OR**

☐ B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. I have filed all Federal and State local tax returns required by law to be filed for all taxable periods ending the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

The Joint Debtor, **Lori Lee Jones**, in the above captioned case being duly sworn upon

oath, deposes and states as follows: (Check all applicable statements)

1. ☐ A. Since the filing of this bankruptcy, I have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C.§101 (14A).

**OR**

☐ B. I have paid all amounts that first became due and payable after the filing of this bankruptcy, which I am required to pay under a domestic support obligation [as defined in 11 U.S.C. §101 (14A)] required by a judicial or administrative order, or by statute.

2. I have filed all Federal and State local tax returns required by law to be filed for all taxable periods ending the 4-year period prior to filing of this bankruptcy, or, if I have not filed a tax return for any of the 4 years, I was not required to file a tax return for those years.

By signing this affidavit, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to confirm the Chapter 13 Plan. The Court may revoke confirmation of the Chapter 13 if the statements relied upon are not accurate.

FURTHER AFFIANT SAYETH NOT:

Date  5-21-19                Signature  _David Wilson Jones_
                                        David Wilson Jones
                                        Debtor

Date  5-21-19                Signature  _Lori Jones_
                                        Lori Lee Jones
                                        Joint Debtor

Subscribed and sworn to before me this  21ST  day of  May, 2019

_Teresa D Powers_

My Commission Expires:  3-18-21

OFFICIAL SEAL
TERESA D. POWERS
Notary Public - State of Illinois
My Commission Expires 3/18/2021